NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
STEVEN MAJOROS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND O. WALKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN MAJOROS,<br><br>　　　　Defendant. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(B) TO U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br><br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT.

PLEASE TAKE NOTICE that Defendant STEVEN MAJOROS hereby removes to this Court the state court action described below.

## I. NOTICE OF REMOVAL

On February 24, 2026, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled Edmond O. Walker versus STEVEN MAJOROS, as Case Number 25CV113204.  Attached hereto as **Exhibit A** is a copy of the Complaint filed on February 24, 2026.

Defendants now provide timely notice of removal of this action per 28 U.S.C. §§ 1446 and 1441(c).

## II. GROUNDS FOR REMOVAL

This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

(federal question), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(c), in that Plaintiff's Third Count under the Cause of Action section in his Complaint is an alleged Civil Rights Violation type claim per 42 U.S.C. § 1983, at titled in the Complaint, that arises under the Fourteenth Amendment to the U.S. Constitution. Specifically, Plaintiff contends that Defendant (or Alameda County Sheriff's Office employees) violated the Fourteenth Amendment (Due Process Clause) of the U.S. Constitution in the interaction with Plaintiff. (Ex. A, 2:20-24). Additionally, as reasonably interpretated, Plaintiff's Complaint may also contend a Fourth Amendment violation of the U.S. Constitution as to excessive force, unlawful search and seizure during the interaction. (Ex. A, 2:13-21).  As Plaintiff has alleged federal claim(s) pursuant to the U.S. Constitution, the District Court has original jurisdiction under 28 U.S.C. § 1331 and removal is proper.

Defendant is unaware of any other named defendants who have been served with a Summons and the Complaint other than herein and thus no joinder to this removal is necessary. The undersigned will be representing Defendant STEVEN MAJOROS, who has been served via the COUNTY OF ALAMEDA.

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Dated:  March 27, 2026   McNamara, Ambacher, Wheeler,
Hirsig & Gray LLP


By:  /s/ Noah G. Blechman
   Noah G. Blechman
   John J. Swafford
   Attorneys for Defendant STEVEN MAJOROS

McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

DEFENDANTS' NOTICE OF REMOVAL
OF ACTION UNDER 28 U.S.C 1441(B)

# EXHIBIT A

EDMOND O WALKER
938 E 19th street
Oakland, CA, 94609
(510)674-5474

ENDORSED
FILED
ALAMEDA COUNTY

FEB 24 2026

CLERK OF THE SUPERIOR COURT
By _____ Valerie Hutton _____
                                    Deputy

EDMOND O WALKER, IN PRO PER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

EDMOND O WALKER,

        Plaintiff,

   vs.

STEVEN MAJOROS,

        Defendant

Case No.: 25CV113204

FOR:
EXCESSIVE FORCE / BATTERY
Alameda County Sheriff's Department,
FALSE ARREST / FALSE IMPRISONMENT
Sergeant Steven Majoros,  CIVIL RIGHTS
VIOLATIONS (42 U.S.C. §1983) Inter-Con
Security, and Does 1–10, NEGLIGENCE /
INTENTIONAL INFLICTION  OF EMOTIONAL
DISTRESS

Plaintiff Jane Doe alleges as follows:

1.  Plaintiff Edmond O Walker is an individual residing at 938 E 19th St., Oakland, California 94606.

2.  Defendant Alameda County Sheriff's Department is a public law enforcement agency operating in Alameda County, California.

3.  Defendant Sergeant Steven Majoros is a sworn Alameda County Sheriff employed in Alameda County, California.

4.  Defendant Inter-Con Security is a private security company providing security services at Highland Hospital, Oakland, California.

5.  Defendants Does 1-10 are individuals whose identities are currently unknown but were acting in concert with the named defendants.

JURISDICTION AND VENUE

6.  This Court has subject matter jurisdiction because this action seeks damages exceeding $25,000, exclusive of interest and costs.

7.  This Court has personal jurisdiction over Defendants because the acts giving rise to this complaint occurred in Alameda County, California.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

000001

8.  Venue is proper in this Court pursuant to California Code of Civil Procedure §395 because the wrongful acts occurred in Alameda County.

FACTUAL ALLEGATIONS

9.  On or about December 24, 2024, Plaintiff was confronted by Sergeant Steven Majoros and other Alameda County Sheriff deputies. Plaintiff was assaulted with excessive force without probable cause.

10. False allegations were made against Plaintiff claiming she was driving under the influence (DUI), which is untrue. Plaintiff was exonerated of all charges.

11. Defendants, including multiple Alameda County Sheriffs, instructed Plaintiff to cover up the fact that she was assaulted.

12. On the same night, Plaintiff was taken to Highland Hospital, where she was sedated without her consent under false pretenses and held down by Inter-Con Security personnel.

13. Plaintiff suffered physical and emotional injuries as a direct result of the assault, false detention, and non-consensual sedation.

14. Defendants acted under color of law, violating Plaintiff's civil rights, including the right to be free from excessive force, false arrest, and unlawful medical treatment.

CAUSES OF ACTION

Count 1: Excessive Force / Battery (against Sergeant Majoros and Sheriff Deputies)

15. Plaintiff incorporates all preceding paragraphs.

16. Defendants used unreasonable and excessive force against Plaintiff, causing physical injury.

Count 2: False Arrest / False Imprisonment (against Sheriff Deputies and Inter-Con Security)

Plaintiff incorporates all preceding paragraphs.

Plaintiff was detained, restrained, and sedated without probable cause or consent, causing loss of liberty and emotional distress.

Count 3: Civil Rights Violations under 42 U.S.C. §1983 (against all defendants)

 Plaintiff incorporates all preceding paragraphs.

 Defendants, acting under color of law, violated Plaintiff's constitutional rights to due process, bodily integrity, and freedom from unlawful detention.

Count 4: Negligence / Intentional Infliction of Emotional Distress

Plaintiff incorporates all preceding paragraphs.

 Defendants' actions were willful, reckless, and intentional, causing Plaintiff severe emotional distress, mental anguish, and physical injury.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment in her favor and against Defendants as follows:

Compensatory Damages for Physical Injury: $3,000,000

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

000002

- For bodily harm, medical treatment, pain, and suffering directly resulting from the assault and non-consensual sedation.

Compensatory Damages for Emotional Distress: $4,000,000
- For mental anguish, emotional trauma, anxiety, and loss of enjoyment of life caused by Defendants' actions, false allegations, and unlawful detention.

Punitive and Exemplary Damages: $3,000,000 (or as permitted by law)
- To punish Defendants for willful, malicious, and oppressive conduct, including excessive force, false imprisonment, and violations of Plaintiff's civil rights.

26. Pre- and Post-Judgment Interest as allowed by law.

27. Costs of Suit and Attorney's Fees as allowed by law.

28. Any other relief the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: February 21, 2026

Respectfully submitted,

_____

Edmond Oscar Walker
938 E 19th St.
Oakland, CA 94601
Phone: (555) 123-4567
Email: janedoe@email.com

EXHIBITS:
- Exhibit A: Hospital records from Highland Hospital
- Exhibit B: Documentation of exoneration
- Exhibit C: Photographs or medical records of injuries

DATED: February 24, 2026

_Edmond O. Walker_
_____
YOUR NAME
In Pro Per

_____

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

000003

**ALAMEDA COUNTY SHERIFF'S OFFICE**
Citizen's Complaint Form

COMPLAINANT:

Name ___ Walker ___

Address ___

___ E/9th St. ___ City Oakland Zip 94606

Home Phone # N/A Cell Phone # (510)674-5424 Email ewalker6005@gmail.com

EMPLOYEE(S):

Name(s) or Description: Sat. Steven Matures

WITNESS(ES):

Name: ___ Address ___ Phone ___

Name: ___ Address ___ Phone ___

Name: ___ Address ___ Phone ___

INCIDENT LOCATION: ___ DATE: ___ TIME: ___

DETAILS OF COMPLAINT: (Attach additional pages if necessary) On Friday December 21 2024 around 12:00 am. I had just pulled over to check on a nail in my tire. When I was on the ground checking the rear back passenger side tire a sheriff pulled up behind my car. When he asked if I needed any help, I told him I didn't and that's when he tackled picked me up and started assaulting me, saying I was resisting arrest. After that I was took to the Highland hospital and they released me even though I had already been given the form saying I was refusing a blood test once done at Highland hospital after being seated a group of 5-6 sheriffs continued to assault me before taking me to Santa Rita. Also I was given another property receipt showing clothes that I wasn't wearing. It shows that I was taken in with my 1 karat diamond while those were not given back to me they took my car keys

(OVER)

000004

[handwritten text, largely illegible] ... had my storage key on them. Also ... Due to the mismatched clothing they returned, I was unable to ... my ... bail and I had to leave wearing the orange ... and Santa Rita sweats instead of my black ... T-shirt and ... they also took my black ... ... as if I wasn't wearing shoes when they assaulted me.

CALIFORNIA CIVIL CODE, Section 47.5 Defamation Action by Peace Officer

Notwithstanding Section 47, a peace officer may bring an action for defamation against an individual who has filed a complaint with that officer's employing agency alleging misconduct, criminal conduct, or incompetence, if that complaint is false, the complaint was made with knowledge that it was false and that it was made with spite, hatred or ill will. Knowledge that the complaint was false may be proved by showing that the complainant had no reasonable grounds to believe the statement was true and that the complainant exhibited a reckless disregard for ascertaining the truth.

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZENS' COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

Per 832.7 PC, complainants are only entitled to be notified of the findings (results) of the investigations, as the contents of all personnel investigations shall remain confidential.

I have read and understood the above statement.

_Edward Walker_    _____ 12/26/2024 ____
Complainant's Signature    /Date

COMPLAINT PROCEDURE: If the incident occurred more than 30 days prior to this complaint, include a ... of the circumstances causing the delay in the above narrative.

... the complaint has been received by a Sheriff's Office employee, a copy shall be returned to the complainant ... complaint will then be sent to an investigator. When completed, the investigation will be reviewed by ... and forwarded to the Sheriff for a finding. A letter outlining the allegation(s) and finding(s) will then ... to the complainant.

000005

SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA

☐ East County Hall Of Justice
5151 Gleason Drive, Dublin, CA 94568

# ACKNOWLEDGMENT OF APPEARANCE

Walker, Edmond Oscar 3 _____ appeared at the court

occurred on _____ 12/26/2024 _____ at 9:20

000006

## ACKNOWLEDGMENT OF APPEARANCE

Walker, Edmond Oscar 3      appeared at the court location checked

above. Said appearance occurred on    12/26/2024    at   9:20 a.m. p.m.

☐ in Department No. _____

☒ at the Public Counter

☐ Other (specify) _____

12/26/2024

CLERK OF THE SUPERIOR COURT

By _____
Deputy Clerk

000007

# AFTER VISIT SUMMARY

**Edmond O. Walker** MRN: 12166484    📅 12/27/2024    📍 Highland Hospital Emergency Department

## Instructions

Your personalized instructions can be found at the end of this document.



### Your medications have changed

○ START taking:
**lidocaine (LIDODERM)**

◇ CHANGE how you take:
**acetaminophen (TYLENOL)**

Review your updated medication list below.



### Read the attached information

RICE Therapy for Routine Care of Injuries  Easy-to-Read (English)



### Pick up these medications at WALGREENS #10526 – OAKLAND, CA – 3250 LAKESHORE AVE AT SEC OF LAKE PARK & LAKESHORE

ibuprofen 395 mg tablet

Schedule an appointment with Highland Total Same Day Clinic as soon as possible for

emergency room visit As needed

## Today's Visit

You were seen by
and Tracy Curr

### Reason for Vi
- Arm Injury
- Rib Injury

### Diagnos
- Left wrist pain
- Rib pain
- Mult
- visit

Medications Give
acetaminophen (TYLENOL)
3:05 PM
ketorolac (TORADOL)
1:06 PM
lidocaine (LIDODERM)
06 PM

Blood
Pressure
131/72

Pulse

Respira
16

Oxygen
Saturation
100%

000008

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* PRO PER... | FOR COURT USE ONLY |
|---|---|

EDMOND D WALKER

TELEPHONE NO.: (510) 674·5474    FAX NO. :

EMAIL ADDRESS:

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda

STREET ADDRESS: 1225 Fallon St.

MAILING ADDRESS:

CITY AND ZIP CODE: Oakland, Ca. 94612

BRANCH NAME: RENE C. DAVIDSON

CASE NAME:

**FILED**
**ALAMEDA COUNTY**
MAR 10 2025
CLERK OF THE SUPERIOR COURT
By _____
Deputy

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited ☐ Limited | ☐ Counter ☐ Joinder | **25CV113204** |
| (Amount demanded exceeds $35,000) (Amount demanded is $35,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☑ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☑ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☑ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:

EDMOND WALKER
_____
(TYPE OR PRINT NAME)

▶ *Edmond Walker*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only. Page 1 of 2

000009

Form Adopted for Mandatory Use

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

For your protection and privacy, please press the Clear

000010

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

PROOF OF SERVICE BY U.S. MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 3480 Buskirk Avenue, Suite 250, Pleasant Hill, CA 94523.

On this date I served the foregoing **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(B) TO U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Pleasant Hill, California, addressed as follows:

**Plaintiff in Pro Per:**

Mr. Edward Walker
938 E. 19th Street
Oakland, CA 94609

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 27, 2026 at Pleasant Hill, California.

_____
SABRINA AHIA